**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**March 9, 2023**

U.S. District Court for the Southern District of Alabama
155 Sant Joseph St, Room 123
Mobile, AL 36602

**RE:**     USA  vs.  BRICO J CONTRERAS
**USDC No.:**     2:23–MJ–00028–DB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 22, 2023 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 3**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/  **A. Kastilahn**

Deputy Clerk


DATE RECEIVED: _____

RECEIVED BY: _____
                        *(Print Name)*

NEW CASE NUMBER: _____